# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00219-CV

**Janet Denise Stuckey, Appellant**

**v.**

**John Stuckey, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-FM-13-002351, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's brief was due on June 4, 2014. On June 13, 2014, this Court notified appellant that her brief was overdue and that a failure to respond by June 23, 2014, could result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   July 24, 2014